# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON

Chambers of
James P. Donohue
United States Magistrate Judge

United States Courthouse
700 Stewart Street, Rm. 12232
Seattle, Washington 98101

September 10, 2012

David Carroll Stephenson
34448-086
Federal Detention Center
P.O. Box 13900
Seattle, WA 98198-1090

Jill Otake
U.S. Attorney's Office (Sea)
700 Stewart St.
Ste. 5220
Seattle, WA 98101-1271

Kenneth Wayne Leaming
34928-086
Federal Detention Center
P.O. Box 13900
Seatac, WA 98198

Re:  <u>David Carroll Stephenson, et al. v. Eric Holder, et al.</u>
     No. C12-1090-RSL

　　　Enclosed are copies of my Report and Recommendation, proposed order and proposed judgment in the above-captioned case, which have been filed with the Clerk.  This Report and Recommendation is not an appealable order.  Any notice of appeal should not be filed until the District Judge enters judgment in this case.

　　　Objections to the recommendation should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21)** days of the date of this letter.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motion calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on October 5, 2012.

　　　Thank you for your cooperation.

　　　　　　　　　　　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　　　　　　　　　*/s/ James P. Donohue*

　　　　　　　　　　　　　　　　　　　　　　JAMES P. DONOHUE
　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Enclosures
cc:　Honorable Robert S. Lasnik