UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID CARROLL STEPHENSON, *et al.*,

                Plaintiffs/Petitioners,

    v.

ERIC HOLDER, *et al.*,

                Defendants/Respondents.

Case No. C12-1090-RSL

ORDER DISMISSING ACTION

      The Court, having reviewed plaintiffs'/petitioners' pleadings, the Report and Recommendation of the Honorable James P. Donohue, United States Magistrate Judge, the various objections of both plaintiffs/petitioners, and the remaining record, does hereby find and ORDER:

      (1)    The Court adopts the Report and Recommendation.

      (2)    This action is dismissed pursuant to 28 U.S.C. § 1915A for failure to identify any viable claim for relief.

      (3)    All pending motions are STRICKEN as moot.

ORDER DISMISSING ACTION
PAGE - 1

1

2  DATED this 11th day of October, 2012.

3

4

5  _____
ROBERT S. LASNIK
United States District Judge

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

ORDER DISMISSING ACTION
PAGE - 2